MARC S. CWIK
Nevada Bar No. 006946
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Rancho Santa Fe Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>KEYNOTE PROPERTIES, LLC and RANCHO SANTA FE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | CASE NO. 2:18-CV-00762-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RANCHO SANTA FE HOMEOWNERS ASSOCIATION TO FILE RESPONSE TO COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED between Plaintiff NATIONSTAR MORTGAGE LLC dba MR. COOPER ("Plaintiff"), by and through its counsel of record, Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of the law firm of AKERMAN LLP, and Defendant RANCHO SANTA FE HOMEOWNERS ASSOCIATION ("Defendant"), by and through its counsel of record, Marc S. Cwik, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP; pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, that the time for Defendant to respond to Plaintiff's Complaint [#1] on file herein is hereby extended to and including Friday, June 1, 2018. Defendant requested this extension to allow sufficient time for investigation of the factual allegations and Plaintiff has agreed to same.

4847-5357-0406.1

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as any admission against interest by Plaintiff concerning the Complaint [#1], nor as a waiver of any defense that Defendant may have with regard to the Complaint [#1], to the Court's jurisdiction over this matter, to the venue of this matter, or to service and service of process.

DATED this 18th day of May 2018.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Marc S. Cwik
_____
Marc S. Cwik, Esq.
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Rancho Santa Fe Homeowners Association*

DATED this 18th day of May, 2018.

AKERMAN, LLP

/s/ Donna M. Wittig
_____
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Donna M. Wittig, Esq.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

Dated this 18th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE