MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC dba Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>KEYNOTE PROPERTIES, LLC, and RANCHO SANTA FE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:18-cv-00762-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NATIONSTAR MORTGAGE LLC dba MR. COOPER TO FILE A RESPONSE TO DEFENDANT RANCHO SANTA FE HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

The parties respectfully submit the following Stipulation to allow plaintiff Nationstar Mortgage LLC dba Mr. Cooper (**Nationstar**) fourteen additional days from June 15, 2018 to file a response to defendant Rancho Santa Fe Homeowners Association's (**Rancho Santa Fe**) motion to dismiss (ECF No. 11). Rancho Santa Fe filed its motion on June 1, 2018 and Nationstar's response was due June 15, 2018. Pursuant to stipulation of the parties, Nationstar shall have until June 29, 2018 to file a response.

/ / /

/ / /

/ / /

/ / /

The parties enter into this stipulation to address current time constraints on Nationstar's counsel and also to allow the parties to explore potential settlement opportunities. This is the parties' first request for an extension.

DATED June 15th, 2018.

**AKERMAN LLP**

*/s/ Donna Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Nationstar Mortgage LLC dba Mr. Cooper*

*/s/ Bradley M. Marx*
MARC S. CWIK, ESQ.
Nevada Bar No. 6946
BRADLEY M. MARX, ESQ.
Nevada Bar No. 12999
LEWIS, BRISBOIS, BISGAARD, & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118

*Attorneys for Defendant Rancho Santa Fe Homeowners Association*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**
Dated: June 15, 2018.