MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC dba Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>KEYNOTE PROPERTIES, LLC, and RANCHO SANTA FE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:18-cv-00762-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND NATIONSTAR'S DEADLINE TO RESPOND TO KEYNOTE'S MOTION TO DISMISS**<br><br>ECF No. 25 |

Plaintiff Nationstar Mortgage LLC dba Mr. Cooper (**Nationstar**) and defendant Keynote Properties, LLC (**Keynote**) stipulate to allow Nationstar fourteen additional days to respond to Keynote's motion to dismiss (ECF No. 24).

1. Keynote filed its motion to dismiss on August 22, 2018. (ECF No. 24)

2. Nationstar's deadline to respond to Keynote's motion to dismiss is September 5, 2018.

3. Keynote and Nationstar stipulate to extend Nationstar's deadline to respond by fourteen days, to **September 19, 2018**.

. . .

. . .

1

4. This is Nationstar's first request to extend the response deadline, and is not made to cause delay or prejudice to any party.

Dated this 30th day of August, 2018.

**AKERMAN LLP**

 /s/ Donna M. Wittig
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC dba Mr. Cooper*

Dated this 30th day of August, 2018.

**THE DEAN LEGAL GROUP, LTD.**

 /s/ Aaron R. Dean
AARON R. DEAN, ESQ.
Nevada Bar No. 9541
721 S. 6th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Keynote Properties, LLC*

**ORDER**

Based on the parties' stipulation [25] and good cause appearing, IT IS SO ORDERED. The response [26] filed on 9/19/18 is deemed timely.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 25, 2018

2