MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC dba Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>KEYNOTE PROPERTIES, LLC, and RANCHO SANTA FE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:18-cv-00762-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND KEYNOTE'S REPLY DEADLINE IN SUPPORT OF ITS MOTION TO DISMISS/RESPONSE DEADLINE TO NATIONSTAR'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** ECF No. 28 |

Plaintiff Nationstar Mortgage LLC dba Mr. Cooper (**Nationstar**) and defendant Keynote Properties, LLC (**Keynote**) stipulate to allow Keynote fourteen additional days to file its response in support of its motion to dismiss (ECF No. 24) and response to Nationstar's countermotion for summary judgment (ECF No. 26).

1. Keynote filed its motion to dismiss on August 22, 2018. (ECF No. 24.)

2. Nationstar filed its response on September 5, 2018, together with a countermotion for summary judgment. (ECF No. 26.)

3. Keynote and Nationstar stipulate to extend Keynote's reply deadline in support of its motion to dismiss and response deadline to Nationstar's countermotion for summary judgment by

fourteen days, to **October 24, 2018**.

4. This is Keynote's first request to extend the response deadline, and is not made to cause delay or prejudice to any party.

5. The parties further stipulate to extend Nationstar's reply deadline in support of its countermotion for summary judgment by fourteen days to **November 28, 2018**. This is Nationstar's second request for an extension on the briefing schedule pertaining to these motions, and is not made to cause delay or prejudice to any party.

Dated September 24th, 2018

| AKERMAN LLP | THE DEAN LEGAL GROUP, LTD. |
|---|---|
| /s/ Donna M. Wittig<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Nationstar Mortgage LLC dba Mr. Cooper* | /s/ Aaron R. Dean<br>AARON R. DEAN, ESQ.<br>Nevada Bar No. 9541<br>721 S. 6th Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant Keynote Properties, LLC* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: 9/25/18