JOSEPH Y. HONG, ESQ.
State Bar No. 5995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: 702-870-1777
Facsimile No.: 702-870-0500
Email: Yosuphonglaw@gmail.com
Attorney for Defendant
*KEYNOTE PROPERTIES, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>Plaintiff,<br><br>vs.<br><br>KEYNOTE PROPERTIES, LLC and RANCHO SANTA FE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No. 2:18-CV-00762-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO NATIONSTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** ECF No. 46 |

Defendant, Keynote Properties, LLC ("Keynote") and Plaintiff, Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar") ("Keynote" and with "Nationstar", the "Parties") respectfully request the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for Keynote to file its Response to Nationstar's Motion for Partial Summary Judgment (ECF No. 45). The current deadline for the Response is September 25, 2020. The Parties seek a one week extension until **October 2, 2020**.

This is the Parties' first request to extend the deadline for filing of Keynote's Response to Nationstar's Motion for Partial Summary Judgment and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith for the benefit of the Parties and their counsel due to the scheduling conflict of Keynote's counsel and the intermittent computer/technical issues being experienced by Keynote's counsel who has

been, and is continuing to work remotely offsite due to the Covid-19 pandemic. Therefore, the Parties stipulate to extend the deadline for filing Keynote's Response to Nationstar's Motion for Partial Summary Judgment until October 2, 2020, and request the Court enter an order extending the deadline.

**IT IS SO STIPULATED.**

Dated: September 24, 2020.

HONG & HONG LAW OFFICE

By: /s/ Joseph Y. Hong
Joseph Y. Hong, Esq. (Bar No. 5995)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorney for Defendant, Keynote Properties, LLC*

Dated: September 24, 2020.

AKERMAN LLP

By: /s/ Holly E. Walker
Melanie D. Morgan, Esq. (Bar No. 8215)
Holly E. Walker, Esq. (Bar No. 14295)
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff, Nationstar Mortgage LLC dba Mr. Cooper*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 9-25-2020