# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC dba MR. COOPER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KEYNOTE PROPERTIES, LLC, and RANCHO SANTA FE HOMEOWNERS ASSOCIATION,<br><br>　　　　　　Defendants. | 2:18-cv-00762-JAD-VCF<br>**<u>MINUTE ORDER</u>** |

　　　　Before the Court are the Motion to Expedite hearing on Motion to Withdraw as Counsel and Adjudicate Lien on Order Shortening Time (ECF Nos. 54 and 55).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that a video conference hearing is scheduled for 1:00 PM, November 17, 2020, in Courtroom 3D before U.S. Magistrate Judge Cam Ferenbach, on the Motion to Expedite hearing on Motion to Withdraw as Counsel and Adjudicate Lien on Order Shortening Time (ECF Nos. 54 and 55).

　　　　IT IS FURTHER ORDERED that the parties must contact the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, and provide an email address for the video conference by 12:00 PM, November 16, 2020.

　　　　IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

　　　　INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

1    Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing
2    to the participants email provided to the Court.
3    •   Log on to the call ten (10) minutes prior to the hearing time.
4    •   Mute your sound prior to entering the hearing.
5    •   Do not talk over one another.
6    •   State your name prior to speaking for the record.
7    •   Do not have others in the video screen or moving in the background.
8    •   No recording of the hearing.
9    •   No forwarding of any video conference invitations.
10   •   Unauthorized users on the video conference will be removed.

12   DATED this 23rd day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE