UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nationstar Mortgage LLC dba Mr. Cooper, <br><br> Plaintiff <br><br> v. <br><br> Keynote Properties, LLC, et al., <br><br> Defendants | Case No.: 2:18-cv-0762-JAD-VCF <br><br> **Attorney's Lien Judgment** <br><br> [ECF No. 82] |

    Aaron Dean, Esq., represented Keynote Properties, LLC in this homeowner's association-foreclosure action until Keynote hired new counsel. In conjunction with his withdrawal, Dean filed an unopposed motion to adjudicate his attorney's lien,[1] which was ultimately granted.[2] Dean now moves for judgment in his favor on that lien.[3] That motion is unopposed.

    Good cause appearing, IT IS HEREBY ORDERED that the motion for judgment **[ECF No. 82] is GRANTED. JUDGMENT is hereby ENTERED in favor of The Dean Legal Group, Ltd. against Keynote Properties, LLC, in the amount of $25,342.27,** plus all applicable interest.

    And because no claims remain in this case,[4] IT IS FURTHER ORDERED that the Clerk of Court is directed to **CLOSE THIS CASE.**

                                                                     U.S. District Judge Jennifer A. Dorsey
                                                                     Dated: April 1, 2022

---

[1] ECF No. 60.
[2] ECF No. 78.
[3] ECF No. 82.
[4] *See* order voluntarily dismissing appeal at ECF No. 83.